# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**    :    **CRIMINAL NO. 1:10-CR-0030**
:
**v.**    :    **(Chief Judge Conner)**
:
**EDWIN HATLEE**    :

## ORDER

AND NOW, this 7th day of March, 2014, upon consideration of the letter (Doc. 122) filed on January 21, 2014, by *pro se* by defendant Edwin Hatlee ("defendant"), requesting early and immediate termination of his term of supervised release, and it appearing that defendant to date has completed more than twenty-one (21) months of his thirty-six (36) month term of supervised release, and the court noting that defendant has complied with all conditions of release imposed at sentencing during his term of supervision and has fully satisfied all court-ordered financial obligations, and the court also noting that neither the probation officer nor the government objects to defendant's request, and the court observing that the decision whether to terminate or modify a term of supervised release is within the sound discretion of the trial court, Burkey v. Marberry, 556 F.3d 142, 149 (3d Cir. 2009), and is governed by 18 U.S.C. § 3583(e)(1), which allows a court to "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice," 18 U.S.C. § 3583(e)(1), and the

court determining based upon the above observations that the interests of justice warrant early termination of defendant's term of supervised release, it is hereby ORDERED that:

1. Defendant's *pro se* letter (Doc. 122) is CONSTRUED as a motion for early termination of supervised release and is GRANTED as so construed.

2. The defendant's term of supervised release is TERMINATED effectively immediately.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania